# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re: **Probolsky, Brian Sander**
　　　　**and**
　　　　**Probolsky, Sharon**

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

*2008 – ($99,661.00)            Metalgrip, LLC / Moulton Niguel Water District*
*2009 – ($50,100.00)            Metalgrip, LLC / Moulton Niguel Water District*
*2010 – $5,985.00 to date       Moulton Niguel Water District*

*2008 – $62,226.00              GroupM*
*2009 – $66,141.00              GroupM*
*2010 – $29,922.00 to date      GroupM*

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

None
☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: Wells Fargo Home Mortgage*<br>*Address: P. O. Box 10335*<br>*Des Moines, IA 50306* | *3/27/10*<br>*3/30/10* | *$4,971.00*<br>*$4,971.00* | *$700,375.00* |
| *Creditor: Chase*<br>*Address: P. O. Box 24714*<br>*Columbus, OH 43224* | *3/22/10*<br>*4/23/10*<br>*5/25/10* | *$520.00*<br>*$570.00*<br>*$570.00* | *$244,892.00* |

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *M&T Reklam ve Pazarlama San. Tic. Ldt. Sti. vs Metalgrip, LLC, Case No. 30-2010-00344484* | *Breach of contract* | *Superior Court of Orange County, Central Justice Center* | *pending* |
| *American Express* | *Breach of contract* | *Orange County* | *pending* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Bank vs Brian Probolsky, Case No. 30-2009-00320188* | | *Superior Court* | |
| *American Express Bank vs Brian Probolsky, Case No. 30-2010-00354122* | *Collections* | *Orange County Superior Court* | *pending* |
| *JP Morgan Chase Bank vs Metalgrip, LLC, Case No. 30-2010-00355094* | *Breach of contract* | *Orange County Superior Court* | *pending* |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Michael G. Spector* *Address:* 2677 N. Main St., Suite 800 Santa Ana, CA 92705 | *Date of Payment:* 6/11/2010 *Payor: Probolsky, Brian Sander* | $2,201.00 |

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒   For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *MetalGrip, LLC* | *ID: 72-1573628* | *P. O. Box 7283 Laguna Niguel, CA 92607* | *Industrial distribution* | *2003 - 2009* |

---

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☒    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None
☒
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above

### 21. Current Partners, Officers, Directors and Shareholders

None
☒
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☒
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None
☒
a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☒
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distribution by a corporation

None
☒
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

### 24. Tax Consolidation Group.

None
☒
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

### 25. Pension Funds.

None
☒
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Form 7 (04/10)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____6/11/2010_____    Signature _____/s/ Probolsky, Brian Sander_____
                            of Debtor

Date _____6/11/2010_____    Signature _____/s/ Probolsky, Sharon_____
                            of Joint Debtor
                            (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Probolsky, Brian Sander and Probolsky, Sharon*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No.  *1* |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Papurt, Alan* | *2004 Acura MDX* |

Property will be (check one) :

☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt   ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. |
|---|

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *6/11/2010* _____   Debtor:  */s/ Probolsky, Brian Sander* _____

Date:  *6/11/2010* _____   Joint Debtor:  */s/ Probolsky, Sharon* _____

Page __1__ of __1__

Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re *Probolsky, Brian Sander*
     **and**
    *Probolsky, Sharon*

Case No.
Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *2,201.00*

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ _____ *2,201.00*

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

   d.

   e. [Other provisions as needed].
   *None*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  *None*

---

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


6/11/2010                                    /s/ Michael G. Spector
_____                      _____
Date                                         Signature of Attorney


                                             Law Offices Of Michael G. Spector
                                             _____
                                             Name of Law Firm

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Michael G. Spector

Law Offices Of Michael G. Spector

2677 N. Main St., Suite 800

Santa Ana , CA   92705

Phone: 714-835-3130

FAX: 714-558-7435

California State Bar Number: 145035

*Attorney for*  Probolsky, Brian Sander

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:    Probolsky, Brian Sander

and

Probolsky, Sharon

CHAPTER 7

CASE NUMBER

Debtor.          (No Hearing Required)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* _____6/11/2010_____, I agreed with the Debtor that for a fee of $____2,201.00____, I would
    provide only the following services:

    a.  ☑ Prepare and file the Petition and Schedules
    b.  ☑ Represent the Debtor at the 341(a) Meeting
    c.  ☐ Represent the Debtor in any relief from stay actions
    d.  ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
        11 U.S.C. § 727
    e.  ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
        11 U.S.C. § 523
    f.  ☐ Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and
    that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 6/11/10

I HEREBY APPROVE THE ABOVE:

/s/ Probolsky, Brian Sander

*Signature of Debtor*

Probolsky, Brian Sander

/s/ Probolsky, Sharon

*Signature of Joint Debtor*

Probolsky, Sharon

Law Offices Of Michael G. Spector

*Law Firm Name*

By:  /s/ Michael G. Spector

Name:  Michael G. Spector

*Attorney for Debtor*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 2090-1.1**

UNITED STATES BANKRUPTCY COURT

CENTRAL          DISTRICT OF CALIFORNIA

In re  Probolsky, Brian Sander
and
Probolsky, Sharon

CHAPTER:   7

CASE NO.:

Debtor(s).

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, Probolsky, Brian Sander _____, the debtor in this case, declare under penalty
         *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☑ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, Probolsky, Sharon _____, the debtor in this case, declare under penalty of
         *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☑ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date 6/11/2010 _____        Signature /s/ Probolsky, Brian Sander _____
                                                  Probolsky, Brian Sander

Date 6/11/2010 _____        Signature /s/ Probolsky, Sharon _____
                                                  Probolsky, Sharon

```
12922    BRIAN S PROBOLSKY              900       611      04-09-10

                          HOURS      PAY RATE         CURRENT    YEAR-TO-DATE
                          -----      --------         -------    ------------
GROUP TERM INSURANCE       0.00      $0.0000           $0.00
BOARD EARNINGS             0.00     199.5000        1,396.50
                       ---------    ----------      -----------   -----------
                           0.00                     1,396.50       4,987.50

FICA                                                 <84.11>       <299.31>
MEDICARE                                             <19.67>        <70.00>
INSURANCE (NEW $40.00)                               <40.00>       <160.00>
                                                   -----------   -----------
NET PAY                                            $1,252.72      $4,458.19
```

```
                    VACATION        SICK      FLT HOLIDAY         CTO
BEGINNING BALANCE       0.00        0.00          0.00           0.00
EARNED                  0.00        0.00          0.00           0.00
TAKEN OR ADJUSTED       0.00        0.00          0.00           0.00
                    --------    --------      --------       --------
ENDING BALANCE          0.00        0.00          0.00           0.00
```

```
WITHHOLDING         FEDERAL                   STATE
-----------         -------                   -----
STATUS        :        NA                       NA
ALLOWANCES    :
ADDITIONAL $  :      $0.00                    $0.00
```

## Moulton Niguel Water District

27500 LA PAZ ROAD
LAGUNA NIGUEL, CALIFORNIA 92677
(949) 831-2500

WELLS FARGO BANK                                    11-24/1210

CONTROL NO.

## 012922

PAY    EXACTLY *1,252 DOLLARS AND 72 CENTS

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 12922 | 04-15-10 | *1,252.72 |

VOID IF NOT CASHED IN 180 DAYS

TO THE
ORDER
OF

BRIAN S PROBOLSKY
24122 SNIPE LANE
LAGUNA NIGUEL, CA 92677

PAYROLL CHECK

*Robert C. Gwinnann*

⑈012922⑈ ⑈121000248⑈4047 098926⑈

12846  BRIAN S PROBOLSKY          900      611      03-12-10

|                          | HOURS  | PAY RATE  | CURRENT   | YEAR-TO-DATE |
|--------------------------|--------|-----------|-----------|--------------|
|                          | -----  | --------  | -------   | ------------ |
| GROUP TERM INSURANCE     | 0.00   | $0.0000   | $0.00     |              |
| BOARD EARNINGS           | 0.00   | 199.5000  | 1,396.50  |              |
|                          | -------- |         | ---------- | ------------ |
|                          | 0.00   |           | 1,396.50  | 3,591.00     |
| FICA                     |        |           | <84.10>   | <215.20>     |
| MEDICARE                 |        |           | <19.67>   | <50.33>      |
| INSURANCE (NEW $40.00)   |        |           | <40.00>   | <120.00>     |
|                          |        |           | ---------- | ------------ |
| NET PAY                  |        |           | $1,252.73 | $3,205.47    |

|                    | VACATION | SICK   | FLT HOLIDAY | CTO   |
|--------------------|----------|--------|-------------|-------|
| BEGINNING BALANCE  | 0.00     | 0.00   | 0.00        | 0.00  |
| EARNED             | 0.00     | 0.00   | 0.00        | 0.00  |
| TAKEN OR ADJUSTED  | 0.00     | 0.00   | 0.00        | 0.00  |
|                    | -------  | ------- | -------    | ------- |
| ENDING BALANCE     | 0.00     | 0.00   | 0.00        | 0.00  |

| WITHHOLDING    |   | FEDERAL | STATE  |
|----------------|---|---------|--------|
| -----------    |   | ------- | -----  |
| STATUS         | : | NA      | NA     |
| ALLOWANCES     | : |         |        |
| ADDITIONAL $   | : | $0.00   | $0.00  |

# Moulton Niguel Water District

WELLS FARGO BANK

27500 LA PAZ ROAD
LAGUNA NIGUEL, CALIFORNIA 92677
(949) 831-2500

CONTROL NO.

## 012846

PAY   EXACTLY *1,252 DOLLARS AND 73 CENTS

| CHECK NO. | DATE     | AMOUNT    |
|-----------|----------|-----------|
| 12846     | 03-18-10 | *1,252.73 |

VOID IF NOT CASHED IN 180 DAYS

TO THE
ORDER
OF

BRIAN S PROBOLSKY
24122 SNIPE LANE
LAGUNA NIGUEL, CA 92677

PAYROLL CHECK

*Robert C. Gunnuman*

⑈012846⑈ ⑆121000248⑆4047 098926⑈

**groupm**

*GROUPM*
*498 7TH AVENUE*
*NEW YORK, NEW YORK 10018-6798*

**Earnings Statement**

ADP

| | |
|---|---|
| Period Beginning: | 04/16/2010 |
| Period Ending: | 04/30/2010 |
| Pay Date: | 04/30/2010 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 10
    CA: 1

**SHARON PROBOLSKY**
**24122 SNIPE LANE**
**LAGUNA NIGUEL CA 92677**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2979.17 | 86.67 | 2,979.17 | 23,833.36 |
| Ltd Imputed | | | 5.66 | 45.28 |
| Club Dues | | | | 74.14 |
| **Gross Pay** | | | **$2,984.83** | 23,952.78 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.99 | 7.92 |
| EMPLOYEE ID | | 81111 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -84.47 | 675.76 |
| | Social Security Tax | -185.12 | 1,485.56 |
| | Medicare Tax | -43.29 | 347.43 |
| | CA State Income Tax | -92.42 | 739.36 |
| | CA SUI/SDI Tax | -32.83 | 263.48 |
| | **Other** | | |
| | Checking 1 | -1,753.92 | 14,577.78 |
| | Ltd Imputed | -5.66 | 45.28 |
| | Supplemental Li | -13.60 | 108.80 |
| | 401(K) Loan 1 | -364.54 | 2,916.32 |
| | 401(K) Loan 2 | -230.23 | 1,841.84 |
| | 401K | -178.75* | 1,430.00 |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,806.08

© 2006 ADP, Inc.

**groupm**

GROUPM
498 7TH AVENUE
NEW YORK , NEW YORK 10018 -6798

| Advice number: | 00000170035 |
|---|---|
| Pay date: | 04/30/2010 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHARON PROBOLSKY | xxxxxx9261 | xxxx xxxx | $1,753.92 |

**NON-NEGOTIABLE**

**groupm**

| CO W2B | FILE 007293 | DEPT MEIR02 | CLOCK | 0000150036 | 1 |
|---|---|---|---|---|---|

066-0002

**Earnings   Statement**    **ADP**

*GROUPM*
*498 7TH AVENUE*
*NEW YORK, NEW YORK 10018-6798*

| | |
|---|---|
| Period  Beginning: | 04/01/2010 |
| Period  Ending: | 04/15/2010 |
| Pay  Date: | 04/15/2010 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
Federal:            10
CA:                    1

**SHARON  PROBOLSKY**
**24122  SNIPE  LANE**
**LAGUNA  NIGUEL  CA  92677**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 2979.17 | 86.67 | 2,979.17 | 20,854.19 |
| Ltd  Imputed | | | 5.66 | 39.62 |
| Club  Dues | | | | 74.14 |
| **Gross Pay** | | | **$2,984.83** | 20,967.95 |

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Group  Term  Life | 0.99 | 6.93 |
| EMPLOYEE  ID | | 81111 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -84.47 | 591.29 |
| | Social  Security  Tax | -185.12 | 1,300.44 |
| | Medicare  Tax | -43.30 | 304.14 |
| | CA  State  Income  Tax | -92.42 | 646.94 |
| | CA  SUI/SDI  Tax | -32.84 | 230.65 |
| | **Other** | | |
| | Checking  1 | -1,753.90 | 12,823.86 |
| | Ltd  Imputed | -5.66 | 39.62 |
| | Supplemental  Li | -13.60 | 95.20 |
| | 401(K)  Loan  1 | -364.54 | 2,551.78 |
| | 401(K)  Loan  2 | -230.23 | 1,611.61 |
| | 401K | -178.75* | 1,251.25 |
| | **Net Pay** | | **$0.00** |

* **Excluded from federal taxable wages**

Your  federal  taxable  wages  this  period  are
$2,806.08

**groupm**

GROUPM
498 7TH  AVENUE
NEW  YORK , NEW  YORK  10018 -6798

| Advice  number: | 00000150036 |
|---|---|
| Pay  date: | 04/15/2010 |

~~THIS IS NOT A CHECK~~

Deposited  to  the  account  of
SHARON  PROBOLSKY

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx9261 | xxxx  xxxx | $1,753.90 |

**NON-NEGOTIABLE**

CO   FILE   DEPT.   CLOCK   VCHR. NO.
W2B  007293  MEIR02          0000120036   1

056-0002

**groupm**

**Earnings    Statement**

ADP

*GROUPM*
*498 7TH AVENUE*
*NEW YORK, NEW YORK 10018-6798*

| | |
|---|---|
| Period  Beginning: | 03/16/2010 |
| Period  Ending: | 03/31/2010 |
| Pay  Date: | 03/31/2010 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
    Federal:        10
    CA:               1

**SHARON  PROBOLSKY**
**24122  SNIPE  LANE**
**LAGUNA  NIGUEL  CA  92677**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 2979.17 | 86.67 | 2,979.17 | 17,875.02 |
| Ltd  Imputed | | | 5.66 | 33.96 |
| Club  Dues | | | | 74.14 |
| **Gross Pay** | | | **$2,984.83** | 17,983.12 |

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Group  Term  Life | 0.99 | 5.94 |
| EMPLOYEE  ID | | 81111 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -84.47 | 506.82 |
| | Social  Security  Tax | -185.12 | 1,115.32 |
| | Medicare  Tax | -43.29 | 260.84 |
| | CA  State  Income  Tax | -92.42 | 554.52 |
| | CA  SUI/SDI  Tax | -32.83 | 197.81 |
| | **Other** | | |
| | Checking  1 | -1,753.92 | 11,069.96 |
| | Ltd  Imputed | -5.66 | 33.96 |
| | Supplemental  Li | -13.60 | 81.60 |
| | 401(K)  Loan  1 | -364.54 | 2,187.24 |
| | 401(K)  Loan  2 | -230.23 | 1,381.38 |
| | 401K | -178.75* | 1,072.50 |
| | **Net  Pay** | **$0.00** | |

**\*  Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$2,806.08

© 2005 ADP, Inc.

**groupm**

GROUPM
498 7TH  AVENUE
NEW  YORK , NEW  YORK  10018 -6798

| | |
|---|---|
| Advice  number: | 00000120036 |
| Pay  date: | 03/31/2010 |

Deposited  to  the  account  of
SHARON  PROBOLSKY

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxx9261 | xxxx  xxxx | $1,753.92 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**groupm**

| CO. | FILE | DEPT. | CLOCK | | |
|-----|------|-------|-------|--|--|
| W2B | 007293 | MEIR02 | | 0000100037 | 1 |

064-0002

## Earnings    Statement

**ADP**

*GROUPM*
*498 7TH AVENUE*
*NEW YORK, NEW YORK 10018-6798*

| | |
|--|--|
| Period  Beginning: | 03/01/2010 |
| Period  Ending: | 03/15/2010 |
| Pay  Date: | 03/15/2010 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
Federal:    10
CA:    1

**SHARON  PROBOLSKY**
**24122  SNIPE  LANE**
**LAGUNA  NIGUEL  CA  92677**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2979.17 | 86.67 | 2,979.17 | 14,895.85 |
| Ltd  Imputed | | | 5.66 | 28.30 |
| Club  Dues | | | | 74.14 |
| **Gross Pay** | | | **$2,984.83** | 14,998.29 |

| Other  Benefits  and Information | this  period | total  to date |
|----------------------------------|--------------|----------------|
| Group  Term  Life | 0.99 | 4.95 |
| EMPLOYEE  ID | | 81111 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal  Income  Tax | -84.47 | 422.35 |
| | Social  Security  Tax | -185.12 | 930.20 |
| | Medicare  Tax | -43.30 | 217.55 |
| | CA  State  Income  Tax | -92.42 | 462.10 |
| | CA  SUI/SDI  Tax | -32.83 | 164.98 |
| | **Other** | | |
| | Checking  1 | -2,041.73 | 9,316.04 |
| | Ltd  Imputed | -5.66 | 28.30 |
| | Supplemental  Li | -13.60 | 68.00 |
| | 401(K)  Loan  1 | -364.54 | 1,822.70 |
| | 401(K)  Loan  2 | -230.23 | 1,151.15 |
| | 401K | -178.75* | 893.75 |
| | **Adjustment** | | |
| | Travel  Enterta | +287.82 | |
| | **Net Pay** | | **$0.00** |

\* **Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$2,806.08

© 2002 ADP, Inc

---

**groupm**

GROUPM
498 7TH  AVENUE
NEW YORK , NEW YORK  10018 -6798

| | |
|--|--|
| Advice  number: | 00000100037 |
| Pay  date: | 03/15/2010 |

THIS IS NOT A CHECK

| Deposited  to the account  of | account  number | transit  ABA | amount |
|-------------------------------|-----------------|--------------|--------|
| SHARON  PROBOLSKY | xxxxxx9261 | xxxx  xxxx | $2,041.73 |

**NON-NEGOTIABLE**

B22A (Official Form 22A) (Chapter 7) (04/10)

In re  Probolsky, Brian & Sharon
_____
                Debtor(s)

Case Number: _____
                (If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ The presumption arises. |
| ☒ The presumption does not arise. |
| ☐ The presumption is temporarily inapplicable. |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| --- | --- |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/10)   - Cont.

2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | Column A | Column B |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part as directed.<br>a. ☐ **Unmarried.** Complete only Column A ("Debtor's Income") for Lines 3-11.<br>b. ☐ **Married, not filing jointly, with declaration of separate households.** By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ **Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.** **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☒ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | Debtor's Income | Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $1,197.00 | $6,389.00 |
| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <br><br>a. Gross receipts — $0.00<br>b. Ordinary and necessary business expenses — $0.00<br>c. Business income — Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <br><br>a. Gross receipts — $0.00<br>b. Ordinary and necessary operating expenses — $0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $0.00 | $0.00 |
| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $0.00 | $0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $0.00   Spouse $0.00 | $0.00 | $0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. — 0<br>b. — 0<br>Total and enter on Line 10 | $0.00 | $0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $1,197.00 | $6,389.00 |

B22A (Official Form 22A) (Chapter 7) (04/10)   - Cont.                                                                      3

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $7,586.00 |
|---|---|---|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $91,032.00 |
|---|---|---|
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: ___CALIFORNIA___   b. Enter debtor's household size: ___4___ | $79,194.00 |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.<br><br>☐ The amount on Line 13 is less than or equal to the amount on Line 14. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☒ The amount on Line 13 is more than the amount on Line 14. Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | $7,586.00 |
|---|---|---|---|
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $0.00 | |
| | b. | $0.00 | |
| | c. | $0.00 | |
| | Total and enter on Line 17 | | $0.00 |
| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | | $7,586.00 |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing, and other items. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | | $1,371.00 |
|---|---|---|---|---|---|
| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | | | | |
| | **Household members under 65 years of age** | | **Household members 65 years of age or older** | | |
| | a1. | Allowance per member | $60.00 | a2. | Allowance per member | $144.00 |
| | b1. | Number of members | 4 | b2. | Number of members | 0 |
| | c1. | Subtotal | $240.00 | c2. | Subtotal | $0.00 | $240.00 |

B22A (Official Form 22A) (Chapter 7) (04/10) - Cont.

4

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $669.00 |
|---|---|---|

**Local Standards: housing and utilities; mortgage/rent expenses.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**

| 20B | | | | |
|---|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $2,073.00 | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $0.00 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $2,073.00 |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $0.00 |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0  ☐ 1  ☒ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the | $566.00 |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy | $0.00 |
|---|---|---|

**Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)

☐ 1  ☒ 2 or more.

Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**

| 23 | | | | |
|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $496.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $191.00 | $305.00 |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | |

B22A (Official Form 22A) (Chapter 7) (04/10)   - Cont.

5

| 24 | Local Standards: transportation ownership/lease expense; Vehicle 2. Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at  www.usdoj.gov/ust/  or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.    Do not enter an amount less than zero. |  |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $496.00 |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $0.00 |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

$496.00

| 25 | Other Necessary Expenses: taxes.    Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes.    Do not include real estate or sales taxes. | $1,135.00 |
|---|---|---|
| 26 | Other Necessary Expenses: mandatory payroll deductions for employment.    Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. Do not include discretionary amounts, such as voluntary 401(k) contributions. | $0.00 |
| 27 | Other Necessary Expenses: life insurance.    Enter total average monthly premiums that you actually pay for term life insurance for yourself.    Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance. | $0.00 |
| 28 | Other Necessary Expenses: court-ordered payments.    Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. Do not include payments on past due support obligations included in Line 44. | $0.00 |
| 29 | Other Necessary Expenses: education for employment or for a physically or mentally challenged child.    Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $0.00 |
| 30 | Other Necessary Expenses: childcare.    Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.    Do not include other educational payments. | $0.00 |
| 31 | Other Necessary Expenses: health care.    Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. Do not include payments for health insurance or health savings accounts listed in Line 34. | $0.00 |
| 32 | Other Necessary Expenses: telecommunication services.    Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.    Do not include any amount previously deducted. | $75.00 |
| 33 | Total Expenses Allowed under IRS Standards.    Enter the total of Lines 19 through 32 | $6,930.00 |

## Subpart B: Additional Living Expense Deductions
## Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | Health Insurance, Disability Insurance and Health Savings Account Expenses.    List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. |  |
|---|---|---|

| a. | Health Insurance | $69.47 |
|---|---|---|
| b. | Disability Insurance | $0.00 |
| c. | Health Savings Account | $0.00 |

Total and enter on Line 34

If you do not actually expend this total amount,    state your actual total average monthly expenditures in the space below:

$0.00

$69.47

B22A (Official Form 22A) (Chapter 7) (04/10)    - Cont.

6

| 35 | **Continued contributions to the care of household or family members.**    Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $0.00 |
|---|---|---|
| 36 | **Protection against family violence.**    Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $0.00 |
| 37 | **Home energy costs.**    Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.    **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.** | $0.00 |
| 38 | **Education expenses for dependent children less than 18.**    Enter the total average monthly expenses that you actually incur, not to exceed $147.50* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.    **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $0.00 |
| 39 | **Additional food and clothing expense.**    Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at    www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)    **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $0.00 |
| 40 | **Continued charitable contributions.**    Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $25.00 |
| 41 | **Total Additional Expense Deductions under § 707(b).**    Enter the total of Lines 34 through 40 | $94.47 |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.**    For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | | |
|---|---|---|---|---|---|---|
| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
| | a. | Wells Fargo Home Mort | 24122 Snipe Lane | $4,971.00 | ☐ yes ☒ no | |
| | b. | Chase | 24122 Snipe Lane | $570.00 | ☐ yes ☒ no | |
| | c. | Orange County Tax Coll | 24122 Snipe Lane | $627.00 | ☒ yes ☐ no | |
| | d. | Alan Papurt | 2004 Acura MDX | $191.00 | ☐ yes ☐ no | |
| | e. | | | $0.00 | ☐ yes ☐ no | |
| | | | Total: Add Lines a - e | | | $6,359.00 |

| 43 | **Other payments on secured claims.**    If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |
|---|---|---|---|---|
| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
| | a. | | | $0.00 |
| | b. | | | $0.00 |
| | c. | | | $0.00 |
| | d. | | | $0.00 |
| | e. | | | $0.00 |
| | | | Total: Add Lines a - e | $0.00 |

B22A (Official Form 22A) (Chapter 7) (04/10)      - Cont.

7

| 44 | **Payments on prepetition priority claims.**    Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy **Do not include current obligations, such as those set out in Line 28.** | | | $132.00 |
|---|---|---|---|---|
| 45 | **Chapter 13 administrative expenses.**    If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $0.00 | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x  0 | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $0.00 |
| 46 | **Total Deductions for Debt Payment.**    Enter the total of Lines 42 through 45. | | | $6,491.00 |

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).**    Enter the total of Lines 33, 41, and 46. | $13,515.47 |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $7,586.00 |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $13,515.47 |
| 50 | **Monthly disposable income under § 707(b)(2).**    Subtract Line 49 from Line 48 and enter the result | ($5,929.47) |
| 51 | **60-month disposable income under § 707(b)(2).**    Multiply the amount in Line 50 by the number 60 and enter the result. | ($355,768.20) |
| 52 | **Initial presumption determination.**    Check the applicable box and proceed as directed.<br><br>☒ **The amount on Line 51 is less than $7,025\***    Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\***    Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.**    Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.**    Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.**    Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.**    Check the box for "The presumption does not arise" at the top of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**    Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## PART VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.**    List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | Expense Description | Monthly Amount | |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | Total: Add Lines a, b, and c | $ | |

B22A (Official Form 22A) (Chapter 7) (04/10)      - Cont.                                                                    8

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.    *(If this a joint case, both debtors must sign.)*<br><br>Date: _____    Signature: _/s/ Probolsky, Brian Sander_<br>                                                    (Debtor)<br><br>Date: _____    Signature: _/s/ Probolsky, Sharon_<br>                                                    (Joint Debtor, if any ) |

\*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Verification of Creditor Mailing List - (Rev. 10/05)                                          2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Michael G. Spector_

Address _2677 N. Main St., Suite 800 Santa Ana, CA 92705_

Telephone _714-835-3130_

[X]    Attorney for Debtor(s)
[ ]    Debtor In Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. |
|---|---|
| In re  Probolsky, Brian Sander | Chapter  7 |
| and      Probolsky, Sharon | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _5_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _6/11/2010_

/s/ Michael G. Spector
Attorney: **Michael G. Spector**

/s/ Probolsky, Brian Sander
Debtor: **Probolsky, Brian Sander**

/s/ Probolsky, Sharon
Joint Debtor: **Probolsky, Sharon**

Michael G  Spector
2677 N  Main St   Suite 800
Santa Ana  CA  92705


Probolsky  Brian Sander
24122 Snipe Lane
Laguna Niguel  CA  92677


Probolsky  Sharon
24122 Snipe Lane
Laguna Niguel  CA  92677


United States Trustee
411 W  Fourth St   #9041
Santa Ana  CA  92701

American Express
P  O  Box 981537
El Paso  TX  79998-1537


American Express
P  O  Box 981537
El Paso  TX  79998


American Express Platinum
P  O  Box 981540
El Paso  TX  79998-1540


American Recovery Service Inco
555 St  Charles Drive
Suite 100
Thousand Oaks  CA  91360


Bank of America
P  O  Box 17054
Wilmington  DE  19850


Bank of America
P  O  Box 15026
Wilmington  DE  19850


BPLV
P  O  Box 96506
Las Vegas  NV  89195-0040


CBUSA / Sears
P  O  Box 6241
Sioux Falls  SD  57117

Chase
800 Brooksedge Blvd
Westerville  OH  43081


Chase
P  O  Box 24714
Columbus  OH  43224


Chase
P  O  Box 78039
Phoenix  AZ  85062-8039


Chase
P  O  Box 260161
Baton Rouge  LA  70826-0161


Citibank
701 E  60th St  North
Sioux Falls  SD  57104


Citibank
P  O  Box 6241
Sioux Falls  SD  57117


COLLECTCORP
P  O  Box 101928
Dept 4947A
Birmingham  AL  35210-1928


Discover
P  O  Box 15316
Wilmington  DE  19850

Franchise Tax Board
Attn  Bankruptcy
P O  Box 2952
Sacramento  CA  95812-2952


HLV
P  O  Box 15000
Las Vegas  NV  89195-8067


Internal Revenue Service
P  O  Box 21126
Philadelphia  PA  19114


M&T Reklam
c/o The Tidrick Law Firm
6114 La Salle Ave  #500
Oakland  CA  94611


MBR&C
P  O  Box 98880
Las Vegas  NV  89195-0381


Metalgrip  LLC
P  O  Box 7283
Laguna Niguel  CA  92607


Papurt  Alan
52 Monroe
Irvine  CA  92620


State Board of Equalization
P  O  Box 942879
Sacramento  CA  94279-0001

Todd A  Brisco & Associates
1900 S  State College Blvd
Suite 505
Anaheim  CA  92806


Wells Fargo Home Mortgage
P  O  Box 10335
Des Moines  IA  50306


Westridge Commercial  Inc
23101 Moulton Parkway
Suite 209
Laguna Hills  CA  92653